trict of Columbia denied. *S. Russell Bowen, T. Justin Moore, George D. Gibson* and *John W. Riely* for the Potomac Electric Power Co., petitioner in No. 1038 and respondent in No. 1135. *Acting Solicitor General Washington* for the United States, respondent in No. 1038 and petitioner in No. 1135. *Vernon E. West* and *Lloyd B. Harrison* for the Public Utilities Commission, respondent. *John O'Dea* filed a brief as People's Counsel, opposing the petitions. Reported below: No. 1038, 81 U. S. App. D. C. 225, 158 F. 2d 521; No. 1135, 81 U. S. App. D. C. 237, 158 F. 2d 533.

No. 1138. HENSLEY *v.* UNITED STATES. May 5, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *James R. Kirkland* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 1150. SCHUSTER, DOING BUSINESS AS GENERAL MACHINE WORKS, AND AS THE A. & A. TOOL & SUPPLY CO., *v.* STURGEON, ACTING COLLECTOR OF INTERNAL REVENUE, ET AL. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Herbert K. Hyde* for petitioner. *Acting Solicitor General Washington, Sewall Key, A. F. Prescott* and *Harry Marselli* for respondents.

No. 1156. STOTT ET AL. *v.* TIDE WATER ASSOCIATED OIL CO. ET AL. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Hobert Price* for petitioners. *John W. Rutland, Jr.* for respondents.